AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| BLASKET RENEWABLE INVESTMENTS  LLC, | ) | |
| *Petitioner,* | ) | |
| v. | ) | Civil Action  No.  20-1081 (BAH) |
| KINGDOM OF SPAIN, | ) | |
| *Respondent,* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      09/11/2025      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending. Please see attached ORDER 04/10/2026 (ECF No. 125). ORDERED that, based on the Court's finding that "good cause" has been shown to allow registration of the September 2025 Judgment outside of this District, petitioner may register the September 2025 Judgment in any judicial district of the United States, pursuant to 28 U.S.C. § 1963.

Date:      05/01/2026

*ANGELA D. CAESAR, CLERK OF COURT*

Nijel N Eugene     Digitally signed by Nijel N Eugene
Date: 2026.05.01 12:25:46 -04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLASKET RENEWABLE INVESTMENTS LLC, | |
| Petitioner, | Civil Action No. 20-1081 (BAH) |
| v. | Judge Beryl A. Howell |
| KINGDOM OF SPAIN, | |
| Respondent. | |

## ORDER

Upon consideration of the Petition to Enforce the Arbitral Award issued on January 21, 2020, by the International Centre for Settlement of Investment Disputes, in ICSID Case No. ARB/15/44 ("Award"), ECF No. 1-2, ECF No. 1; Respondent's Second Motion to Dismiss, ECF No. 44; Petitioner's Cross Motion for Summary Judgment, ECF No. 51, to grant Petitioner's Petition; and the related legal memoranda, exhibits, and declarations submitted in support of and in response to the motions; for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Respondent's Second Motion to Dismiss is **DENIED**, and Petitioner's Cross Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED**, upon finding that petitioner has established that the Award is owed the full faith and credit of U.S. courts and should be enforced, pursuant to 22 U.S.C. § 1650a(a), the Award is hereby recognized and confirmed in the same manner as a final judgment of a court of one of the several states; it is further

**ORDERED** that, as set out in the Award ¶ 775, Spain is liable to petitioner in the amount of €77,000,000 in damages, *id.* ¶ 775(e); interest on that sum from June 20, 2014, to January 21,

2020, at 1.16% per annum compounded monthly, *id.* ¶ 775(f); interest from January 21, 2020, to the date of payment at 2.16% per annum compounded monthly, *id.* ¶ 775(g); and arbitration and legal costs in the amount of €2,515,291.69, *id.* ¶¶ 763, 773, 775(i); Petition ¶ 2; and it is further

    **ORDERED** that the Clerk of the Court close this case.

    **SO ORDERED**.

    DATE: September 11, 2025

*This is a final and appealable order.*



**BERYL A. HOWELL**
United States District Judge

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Nijel N Eugene

Digitally signed by Nijel N Eugene
Date: 2026.04.28 09:24:00 -04'00'

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BLASKET RENEWABLE INVESTMENTS, LLC, |
| Petitioner, |
| v. |
| KINGDOM OF SPAIN, |
| Respondent. |

Civil Action No. 20-1081 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of respondent the Kingdom of Spain's ("Spain") Motion to Quash or Modify the Third-Party Subpoena to the Clearing House Payments Company, LLC, ECF No. 107; Spain's Motion to Stay Enforcement of the Judgment and Quash Subpoenas, ECF No. 112; and petitioner Blasket Renewable Investments, LLC's Cross-Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, ECF No. 116, the legal memoranda in support and opposition thereto, the exhibits attached thereto, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that Spain's Motion to Quash or Modify the Third-Party Subpoena to the Clearing House Payments Company, LLC, ECF No. 107, is **DENIED**; it is further

**ORDERED** that Spain's Motion to Stay Enforcement of the Judgment and Quash Subpoenas, ECF No. 112, is **DENIED**; it is further

**ORDERED** that petitioner's Cross-Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, ECF No. 116, is **GRANTED**; it is further

**ORDERED** that, based on the Court's finding that "a reasonable period of time has elapsed following the entry of judgment," 28 U.S.C. § 1610(c), petitioner may now seek attachment and

1

execution on assets of Spain as permitted by law in order to enforce the judgment issued on September 11, 2025, of €77 million, plus interest and costs, as specified in this Court's Order, ECF No. 96 ("September 2025 Judgment"); it is further

ORDERED that, based on the Court's finding that "good cause" has been shown to allow registration of the September 2025 Judgment outside of this District, petitioner may register the September 2025 Judgment in any judicial district of the United States, pursuant to 28 U.S.C. § 1963.

*This is a final and appealable order.*

Date: April 10, 2026

**BERYL A. HOWELL**
United States District Judge



**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Nijel N Eugene

Digitally signed by
Nijel N Eugene
Date: 2026.05.01
12:30:32 -04'00'